UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Theresa M. Allen                Case Number: 10-18188            Ch: 13

Matter:
    #26 Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments  (C. Bankowski)

**MOVANT/APPLICANT/PARTIES**

OUTCOME:

☐ By Agreement of the Parties

<u>26</u> Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:  Brief(s) due_____ From_____

                Response(s) due_____ From_____

_____ Fees allowed in the amount of: $_____ Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                    IT IS SO ORDERED:

_____             _____Dated: 05/27/2011
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge